DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL ELEMENTS INSURANCE RESTORATION** a/a/o **MICHAEL AND TAMMY MCFARLANE**,
Appellant,

v.

**FIRST PROTECTIVE INSURANCE COMPANY** d/b/a **FRONTLINE HOMEOWNERS INSURANCE**,
Appellee.

No. 4D17-2294

[January 4, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562016CA002096.

Scott Millard of Cohen Grossman, P.A., Maitland, and Gray Proctor of Fox & Loquasto, P.A., Orlando, for appellant.

Monica B. Sablon of Sheehe & Associates, P.A., Miami, and Jay M. Levy of Jay M. Levy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***